IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALDIFONSO GONZALES,

    Petitioner,

v.

C. HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-399-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent DENYING petitioner Aldifonso Gonzales's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.

_____      9/17/09
Peter Oppeneer, Clerk of Court        Date